IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN DAVID OHLINGER,

                Petitioner,                          ORDER

    v.

                                                        11-cv-799-wmc

MICHAEL MEISNER, Warden,
Columbia Correctional Institution,

                Respondent.[1]

---

      Petitioner John David Ohlinger filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a state court conviction. On August 22, 2012, the court granted Ohlinger's request to stay and abate the case so that he could exhaust his state court remedies with respect to all of his claims. Having presented those claims to the Wisconsin Supreme Court, which denied his petition for review on October 21, 2013, Ohlinger has filed a motion to reinstate this case. Ohlinger also requests leave to file a supplemental brief in support of his claims and an extension of time, up to and including December 23, 2013, in which to submit that brief. Petitioner's requests will be granted subject to the conditions set forth below.

ORDER

IT IS ORDERED that:

    1.     The motion to reinstate by petitioner John David Ohlinger (dkt. #5) is

---

[1] The original petition lists State Attorney General J.B. Van Hollen as the respondent. Because Ohlinger is currently in state custody at the Columbia Correctional Institution, the court substitutes Warden Michael Meisner as the proper respondent pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

GRANTED.

2. Petitioner's motion for leave to file a supplemental brief in support of his claims is also GRANTED with the following additional instruction: Any supplemental brief submitted must list all of petitioner's proposed grounds for relief in this case. **Petitioner shall file that supplemental brief no later than December 23, 2013**.

Entered this 13th day of November, 2013.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge