IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DAVID OHLINGER,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                         Case No. 11-cv-799-wmc

WILLIAM POLLARD, Warden,
Dodge Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying John David Ohlinger's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                                                       4/6/2017

Peter Oppeneer, Clerk of Court                      Date