# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mr John. D. Ohlinger<br>Petitioner/Appellant<br>v.<br>Mr. William J. Pollard - Warden<br>Respondant/Appellee | File Number 11-CV-799-WMC<br><br>Notice of Appeal |

## Notice of Appeal to the Court of Appeals from the Judgement of the District Court

Notice is hearby given that John David Ohlinger, who is the Plaintiff/Petitioner/Appellant in this 28 U.S.C §2254 Habeas Corpus' action's denial, hearby seeks to appeal the District Court's final judgement to the United States Court of Appeals 7th Circuit. The judgement was entered on this action on the 6th day of April 2017.

Respectfully submitted this date 4-29-17

Signed *John D. Ohlinger*

John D. Ohlinger
At: Dodge Correctional Inst.
P.O. Box 700
Waupun, Wisconsin
53963

Handwritten pencil copy sent to:
Respondant's Counsel,
Mr. Scott E. Rosenow A.A.G.
P.O. Box 7857
Madison, Wisconsin
53707-7857

DOC NO REC'D/FILED
2017 MAY -4 AM 9:33
PETER OPPENEER
CLERK US DIST COURT
WD OF WI